IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-cr-00236-RM

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.

**6. NICHOLAS MACMILLAN,**

      **Defendant.**

## NOTICE OF DISPOSITION

Mr. MacMillan, by and through counsel James A. Castle, notifies the court that a disposition has been reached in this matter.

DATED this 1ST day of August, 2019.

s/James A. Castle
James A. Castle
Attorney at Law
1544 Race St.
Denver, CO 80206
(303) 675-0500
f: (303) 329-5500

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of August, 2019, I served a true and correct copy of the foregoing **NOTICE OF DISPOSITION** to all parties via U.S. Court ECF filing.

s/James A. Castle
James A. Castle